

FILED

MAR 1 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Appellee,<br><br>v.<br><br>DAVID LONICH,<br><br>    Defendant-Appellant. | Nos. 18-10298, 18-10300,<br>        18-10394, 18-10395<br><br>D.C. No. 3:14-cr-00139-SI-2<br>            3:17-cr-00139-SI-3<br>Northern District of California,<br>San Francisco<br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Appellee,<br><br>v.<br><br>BRIAN SCOTT MELLAND,<br><br>    Defendant-Appellant. | Nos. 18-10299, 18-10301,<br>        18-10407, 18-10408<br><br>D.C. No. 3:14-cr-00139-SI-4<br>            3:17-cr-00139-SI-2<br>Northern District of California,<br>San Francisco |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Appellee,<br><br>v.<br><br>SEAN CLARK CUTTING,<br><br>    Defendant-Appellant. | Nos. 18-10303, 18-10304,<br>        18-10390, 18-10405<br><br>D.C. No. 3:14-cr-00139-SI-3<br>            3:17-cr-00139-SI-1<br>Northern District of California,<br>San Francisco |

MH/Appellate Commissioner

| | |
|---|---|
| UNITED STATES OF AMERICA, | Nos. 18-10422, 18-10423 |
| Plaintiff-Appellant, | D.C. No. 3:14-cr-00139-SI-2 |
| v. | 3:17-cr-00139-SI-3 |
| | Northern District of California, |
| DAVID LONICH; SEAN CLARK CUTTING; BRIAN SCOTT MELLAND, | San Francisco |
| Defendants-Appellees. | |

Before: Peter L. Shaw, Appellate Commissioner.

Pursuant to the telephonic case management conference, appellants' unopposed motions for extensions of time to file the first cross-appeal briefing (Docket Entry Nos. 14 and 16 in No. 18-10298, Docket Entry No. 13 in 18-10303) are granted, and briefing of the consolidated and cross-appeals shall proceed as follows:

Appellants' first cross-appeal briefing is due July 16, 2019. The government's second cross-appeal brief is due October 15, 2019. Appellants' third cross-appeal briefing is due January 13, 2020. The government's fourth cross-appeal brief is due February 12, 2020. The parties shall not make streamlined requests for extensions of time pursuant to Ninth Circuit Rule 31-2.2(a).

Appellants in consolidated appeals are encouraged to file a joint brief to avoid burdening the court with repetitive presentations of common facts and issues. *See* 9th Cir. R. 32-2(b); 9th Cir. Adv. Comm. N. to R. 32-2. The court automatically allows an extra 1,400 words to separately represented parties filing a joint brief. *Id*. Motions to exceed the applicable page or type-volume limits, and motions to file supplemental individual briefs in addition to joint briefs, will be granted only upon a showing of diligence and substantial need. *See* 9th Cir. R. 32-2(a). Any party who seeks to file an oversize brief or a supplemental individual brief in addition to a joint brief shall, on or before the due date for the brief, file a motion for leave to file the supplemental individual brief and, in a separate docket entry, file a copy of the proposed supplemental individual brief with a certification as to its word count. *See* 9th Cir. R. 32-1, 32-2; 9th Cir. Form 8.

Panel attorneys appointed under the Criminal Justice Act shall prepare budgets for the anticipated costs and expenses to be incurred in these appellate proceedings. A Ninth Circuit Case Managing Attorney will assist the attorneys with preparing budgets for review by the Appellate Commissioner.

The Clerk shall forward to the Appellate Commissioner all motions for procedural relief filed in these consolidated and cross-appeals before they are calendared.